# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re:  Terry L. Baker           )        Case No.: 18-82757-CRJ-7
     SSN: xxx-xx-1494        )
                                        )
      Debtor.              )        Chapter 7

## **ORDER ON MOTION TO APPROVE PROFESSIONAL FEES**

This matter came before the Court for hearing upon the Trustee's Motion for Approval for Payment of Professional Fees to Sparkman, Shepard & Morris, P.C. (Doc. 41). After proper notice, a hearing was held in on April 8, 2020, whereupon Kevin M. Morris appeared on behalf of the Trustee, B. Grant McNutt appeared on behalf of the Debtor, and Richard M. Blythe appeared on behalf of the Bankruptcy Administrator.

The Bankruptcy Administrator filed a recommendation finding that the requested fees and expenses of $3,059.97 are reasonable.

Upon consideration by the Court, and with no objections having been filed, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Trustee's Motion for Approval for Payment of Professional Fees to Sparkman, Shepard & Morris, P.C. in the amount of $3,059.97, consisting of compensation for legal services rendered in the amount of $3,032.63 and reimbursement of expenses in the amount of $27.34 is hereby APPROVED.

Dated this the 9th day of April, 2020.

                                                           /s/ Clifton R. Jessup, Jr.
                                                           Clifton R. Jessup, Jr.
                                                           United States Bankruptcy Judge

Prepared by:
Kevin M. Morris
Attorney for Trustee